**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 08, 2026

Ms. Sandra Worthington Alves
25540 Byron Drive
North Olmsted, OH 44070

Re: Case No. 26-3511
*Sandra Worthington Alves v. Internet Truckstop Payments, LLC., et al*
Originating Case No. 1:26-cv-00150

Dear Madam,

This appeal has been docketed as case number **26-3511** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **June 22, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliation
Application for Admission to 6th Circuit Bar (if applicable)

A review of the District Court docket indicates your motion for leave to proceed on appeal in forma pauperis is pending in that court. If the district court denies your motion, in whole or in part, you have thirty (30) days from the date of that denial to either pay the appellate filing fee or renew the in forma pauperis motion. If you choose to pay the $605.00 fee (or the amount stated by the district court), it must be submitted to the U.S. District Court. If you are dissatisfied with the district court's ruling on your motion and you choose to file the motion for leave to proceed

on appeal in forma pauperis, that motion and an accompanying financial affidavit must be submitted to this court, the United States Court of Appeals for the Sixth Circuit.

The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: Michelle
Direct Dial No. 513-564-7035

cc: Ms. Briana Cowman
Mr. Andrew J. Dorman
Ms. Abigail Ruth Jones
Mr. Samuel A. Meadows
Ms. Colleen M. O'Neil
Mr. Jonathan M. Scandling
Mr. Ryan Sears
Mr. Brandon M. White

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3511**

SANDRA WORTHINGTON ALVES, MC#1710778, dba All DirectionsTrucking

Plaintiff - Appellant

v.

INTERNET TRUCKSTOP PAYMENTS, LLC., dba Internet Truckstop Group LLC, aka Internet Truckstop Risk Purchasing Group, LLC, aka Denim Labs, Inc., dba Internet Truckstop LLC, dba Denim, dba Truckstop Load board, dba RMIS, dba SaferWatch, dba RiskFactor, dba CSC-Lawyers Incorporating Service; CARRIER411 SERVICES, INC.; GENLOGS, INC., aka GenLogs Corporation; DENIM, Inc.; TOTAL QUALITY LOGISTICS, LLC; MOTIVE TECHNOLOGIES, GOMOTIVE.COM, fka Keep Trucking; HIGHWAY APP, INC.; MAGELLAN TRANSPORT LOGISTICS, INC.; C.H. ROBINSON WORLDWIDE, INC.

Defendants - Appellees