**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 10, 2026

Ms. Sandra Worthington Alves
25540 Byron Drive
North Olmsted, OH 44070

Re: Case No. 26-3511
*Sandra Worthington Alves v. Internet Truckstop Payments, LLC., et al*
Originating Case No. 1:26-cv-00150

Dear Madam,

Enclosed is a copy of the amended caption which should be used in all future filings.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: Michelle
Direct Dial No. 513-564-7035

cc: Ms. Briana Cowman
Mr. Andrew J. Dorman
Ms. Abigail Ruth Jones
Mr. Samuel A. Meadows
Ms. Colleen M. O'Neil
Mr. Jonathan M. Scandling
Mr. Ryan Sears
Mr. Brandon M. White