| 26-3511 |
| --- |
| SANDRA WORTHINGTON ALVES, MC#1710778, dba All DirectionsTrucking<br><br>Plaintiff - Appellant<br><br>v.<br><br>INTERNET TRUCKSTOP PAYMENTS, LLC.; CARRIER411 SERVICES, INC.; GENLOGS, INC., aka GenLogs Corporation; DENIM, Inc.; TOTAL QUALITY LOGISTICS, LLC; MOTIVE TECHNOLOGIES, GOMOTIVE.COM, fka Keep Trucking; HIGHWAY APP, INC.; MAGELLAN TRANSPORT LOGISTICS, INC.; C.H. ROBINSON WORLDWIDE, INC.<br><br>Defendants - Appellees |