UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3511**

Case Title: **Sandra Worthington Alves** vs. **Internet Truckstop Payments, LLC, et al.**

List all clients you represent in this appeal:

**Magellan Transport Logistics, Inc.**

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☑ Appellee    ☐ Respondent    ☐ Intervenor        (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Abigail R. Jones**      Signature: s/ **Abigail R. Jones**

Firm Name: **Gallagher Sharp, LLP**

Business Address: **1215 Superior Avenue, 7th Floor**

City/State/Zip: **Cleveland, OH  44114**

Telephone Number (Area Code): **(216) 522-1381**

Email Address: **ajones@gallaghersharp.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17