UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 26-3511

Case Title: SANDRA WORTHINGTON ALVES vs. INTERNET TRUCKSTOP PAYMENTS, LL(

List all clients you represent in this appeal:

**Defendant-Appellee Magellan Transport Logistics, Inc**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act (Appointed)
☑ Appellee ☐ Respondent ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

MARKUS E. APELIS (083884)

By filing this form, I certify my admission and/or eligibility to file in this court.


Attorney Name: RICHARD C.O. REZIE (0071321) Signature: s/ Richard C.O. Rezie

Firm Name: GALLAGHER SHARP LLP

Business Address: 1215 Superior Avenue, 7th Floor

City/State/Zip: Cleveland, Ohio 44114

Telephone Number (Area Code): (216) 241-5310

Email Address: rrezie@gallaghersharp.com


Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.